**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:25-cv-24190

TONYA MARTIN,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC, et al. ,

Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Monica Diaz, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of her appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

Dated May 31, 2026.

Respectfully submitted,

VENABLE LLP
*Attorney for Experian Information Solutions, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310

By:　s./ Monica Diaz
　　　Monica Diaz
　　　Florida Bar No. 1069109
　　　mdiaz@venable.com