**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  1:25-cv-24190-KMW

TONYA MARTIN,

      Plaintiff,

v.

EQUIFAX  INFORMATION  SERVICES,
LLC,   EXPERIAN    INFORMATION
SOLUTIONS, INC., TRANSUNION LLC,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby certifies that on June 4, 2026, a copy of Monica Diaz, Esq.'s Notice of Appearance on behalf of Experian [DE 32] was served via U.S. Mail upon *Pro Se* Plaintiff Tonya Martin, 1480 NW North River Drive, Apartment 2116, Miami, Florida 33125.

Respectfully submitted,

VENABLE LLP
*Attorney for Experian Information Solutions, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310

By:  s./ Monica Diaz
      Monica Diaz
      Florida Bar No. 1069109
      mdiaz@venable.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record and entities, either via transmission of Notices of Electronic Filing generated by CM/ECF, and via U.S. Mail upon ***Pro Se* Plaintiff Tonya Martin**, 1480 NW North River Drive, Apartment 2116, Miami, Florida 33125.

/s/ Monica Diaz
Attorney
