**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

TONYA MARTIN,

      **Plaintiff,**

    v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANSUNION LLC, JOHN DOES 1-
10,

      **Defendants.**

**Case No.: 1:25-cv-24190-KMW**

## MOTION TO WITHDRAW THE
## APPEARANCE OF GARY SONNENFELD

Pursuant to Local Rule 11.1(d)(3), Gary Sonnenfeld respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Monica Diaz of Venable LLP, who is admitted to this Court. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

/s/ Monica Diaz
Monica Diaz
Florida Bar No. 1069109
*Attorney for Experian Information Solutions, Inc.*

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows. an email was sent to all parties regarding the relief requested. Not all of the other parties have responded to the email request.

/s/ Gary Sonnenfeld
Gary Sonnenfeld, Esq.
*Counsel for Experian Information Solutions, Inc.*

2

Dated: June 10, 2026           Respectfully submitted,


*/s/ Gary Sonnenfeld*         
Gary Sonnenfeld
Florida Bar No. 53261
TROUTMAN PEPPER LOCKE LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Telephone: (305) 712-1572
Facsimile: (561) 655-8719
Email: gary.sonnenfeld@troutman.com

Monica Diaz
Florida Bar No. 1069109
VENABLE LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310
Email: mdiaz@venable.com

*Counsel for Experian Information Solutions, Inc*.

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail and email upon:

Tonya Martin
1480 NW North River Drive, Apt. 2116
Miami, FL 33125
t.martin@screengstudios.com
*Pro se plaintiff*

/s/ Gary Sonnenfeld
Gary Sonnenfeld
Florida Bar No. 53261

*Counsel for Experian Information
Solutions, Inc.*

4

329955184